EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 1 2003

at ____ o'clock and ____ min. ____ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. CR03 00486 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 846 and 841, |
| | ) | 18 U.S.C. §§ 922(g)(1), |
| SAMUEL MATTISON YOUNG,(01) | ) | 922(g)(9) and 924 (c)(2)] |
| ROY ROOSEVELT RYDER, JR.,(02) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

From a date unknown to the Grand Jury up through and including on or about September 22, 2003, in the District of Hawaii, the Defendants, SAMUEL MATTISON YOUNG and ROY ROOSEVELT RYDER, JR., did conspire together and with each other and other

persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. Sections 841(a)(1) and 846.

OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the Defendants and their co-conspirators performed overt acts in the District of Hawaii, and elsewhere, including but not limited to, the following:

1. On or about August 30, 2003, Defendant SAMUEL MATTISON YOUNG distributed approximately three ounces of methamphetamine to an individual.

2. On or about September 22, 2003, Defendant SAMUEL MATTISON YOUNG purchased a pound of methamphetamine from another individual in exchange for $24,000.

3. On or about September 22, 2003, Defendants SAMUEL MATTISON YOUNG and ROY ROOSEVELT RYDER, JR. broke the pound of methamphetamine down and weighed it into smaller quantities.

4. On or about September 22, 2003, Defendants SAMUEL MATTISON YOUNG and ROY ROOSEVELT RYDER, JR. transported approximately two pounds of methamphetamine to a location for distribution.

All in violation of 21 U.S.C. § 846.

### Count 2

The Grand Jury further charges that:

On or about September 22, 2003, Defendants SAMUEL MATTISON YOUNG and ROY ROOSEVELT RYDER, JR. did knowingly and intentionally possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately two pounds, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### Count 3

The Grand Jury further charges that:

On or about September 22, 2003, in the District of Hawaii, the Defendant, SAMUEL MATTISON YOUNG, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce, a firearm, to wit: a loaded Colt model 1903 Pocket Type III .32 caliber pistol, bearing serial number 423068, in violation of 18 U.S.C. §922(g)(9).

### Count 4

The Grand Jury further charges that:

On or about September 22, 2003, in the District of Hawaii, the Defendant SAMUEL MATTISON YOUNG, knowingly carried a firearm, to wit: a loaded Colt model 1903 Pocket Type III .32 caliber pistol, bearing serial number 423068, during and in relation to a drug trafficking crime, to wit: conspiracy to

possess with intent to distribute methamphetamine as charged in Count 1.

All in violation of Title 18, United States Code, Section 924(c)(1) and 2.

## Count 5

The Grand Jury further charges:

On or about September 22, 2003, in the District of Hawaii, the Defendant, SAMUEL MATTISON YOUNG, having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed in and affecting commerce, a firearm, to wit: a loaded Colt model 1903 Pocket Type III .32 caliber pistol, bearing serial number 423068, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 6

The Grand Jury further charges that:

On or about September 23, 2003, in the District of Hawaii, the Defendant, SAMUEL MATTISON YOUNG, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce, a firearm, to wit: a Browning Buck Mark .22 caliber pistol, bearing serial number 655NT28069, in violation of 18 U.S.C. §922(g)(9).

### Count 7

The Grand Jury further charges that:

On or about September 23, 2003, in the District of Hawaii, the Defendant, SAMUEL MATTISON YOUNG, having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed in and affecting commerce, a firearm, to wit: a Browning Buck Mark .22 caliber pistol, bearing serial number 655NT28069 in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: _October 01_, 2003, Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_[signature]_
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_[signature]_
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Samuel Mattison Young, et al.
"Indictment"
   Cr. No.

5