**ORIGINAL**

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
ROY ROOSEVELT RYDER, JR.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 0 2006 

at __2__ o'clock and __10__ min. __P__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00486 DAE |
| Plaintiff, | NOTICE OF MOTION; MOTION TO WITHDRAW AS COUNSEL; |
| vs. | DECLARATION OF COUNSEL; EXHIBITS A and B; CERTIFICATE OF SERVICE |
| ROY ROOSEVELT RYDER, JR., | |
| Defendant. | DATE: _____ <br> TIME: _____ <br> JUDGE: _____ |

### NOTICE OF MOTION

TO: BEVERLY WEE SAMESHIMA
    Assistant United States Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii  96813
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    PLEASE TAKE NOTICE that the following motion will be heard before the Honorable _____, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, _____, 2006, at \_\_\_\_ p.m.

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
ROY ROOSEVELT RYDER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00486-02 DAE |
|---|---|
| Plaintiff, | ) <br> ) MOTION TO WITHDRAW AS <br> ) COUNSEL; DECLARATION OF |
| vs. | ) COUNSEL; EXHIBITS A and B; <br> ) CERTIFICATE OF SERVICE |
| ROY ROOSEVELT RYDER, JR., | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## MOTION TO WITHDRAW AS COUNSEL

Peter C. Wolff, Jr., Federal Public Defender, counsel of record for the Defendant, ROY ROOSEVELT RYDER, JR., hereby moves this Court to permit the Office of the Federal Public Defender to withdraw as counsel for the defendant due to a breakdown in the attorney-client relationship.

This motion is based upon the Sixth Amendment, the attached declaration of counsel, and Exhibits A and B, attached hereto.

DATED: Honolulu, Hawaii, February 10, 2006.

_____
PETER C. WOLFF, JR.
Attorney for Defendant
ROY ROOSEVELT RYDER, JR.

## CERTIFICATE OF SERVICE

I, MARI S. WONG, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on February 10, 2006:

BEVERLY WEE SAMESHIMA
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, February 10, 2006.

_/s/ Mari S. Wong_____
MARI S. WONG
Legal Secretary

PETER C. WOLFF, JR.
Attorney for Defendant
ROY ROOSEVELT RYDER, JR.