PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       peter_wolff@fd.org

Attorney for Defendant
ROY ROOSEVELT RYDER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00486 DAE |
|  | ) |
| Plaintiff, | ) ORDER GRANTING |
|  | ) MOTION FOR WITHDRAWAL |
| vs. | ) OF COUNSEL |
|  | ) |
| ROY ROOSEVELT RYDER, JR., | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
| _____ | ) |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

On February 13, 2006, at 1:30 p.m. this Court held a hearing on the Federal Public Defender's motion to withdraw as counsel for the defendant. Peter C. Wolff, Jr., Federal Public Defender, was present along with Defendant Roy Roosevelt

Ryder, Jr.  Assistant U.S. Attorney Beverly Wee Sameshima appeared for the government.  The Court having considered the pleading filed by counsel, including its attached exhibits and the government having stated that it was taking no position regarding the instant motion, IT IS HEREBY ORDERED AS FOLLOWS:

      1.    The Court finds that an irreconcilable conflict of interest has arisen between the Office of the Federal Public Defender and the defendant as a result of the statements made in the defendant's letter concerning his wish to withdraw his guilty plea;

      2.    Accordingly, the motion for withdrawal of counsel shall be and the same is hereby granted;

      3.    Rustam Barbee, Esq., is appointed as counsel for the defendant in the instant matter for all proceedings hereafter;

      4.    The sentencing date is vacated and the sentencing hearing is reset for March 17, 2006, at 1:30 p.m.;

      5.    If the defendant moves to withdraw his guilty plea, the sentencing date of March 17, 2006, will be vacated and the motion to withdraw guilty plea will

be scheduled for a hearing taking into account the needs of both parties to summon witnesses, including the defendant's previous counsel, Michael A. Weight.

    IT IS APPROVED AND SO ORDERED:

    DATED:  Honolulu, Hawaii, February 15, 2006.



_____
David Alan Ezra
United States District Judge

APPROVED AS TO FORM:

 /s/ Beverly Wee Sameshima
BEVERLY WEE SAMESHIMA
Assistant United States Attorney


**UNITED STATES v. ROY ROOSEVELT RYDER, JR.**
**CR. NO. 03-00486 DAE**
**ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL**