ORIGINAL

RUSTAM A. BARBEE   #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone:   (808) 524-4406
Facsimile:   (808) 524-4306
E-mail:       Rustam.Barbee@gte.net

Attorney for Defendant
ROY ROOSEVELT RYDER, JR.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 21 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

MAR 13 2006
12:15 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00486 DAE 02 |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| vs. ) | DATE |
| ROY ROOSEVELT RYDER, JR., ) | |
| Defendant. ) | |

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing hearing, currently scheduled for Friday, March 17, 2006 at 1:30 p.m. be rescheduled for Thursday, June 22, 2006 at 1:30 p.m.

The reason for the requested continuance is to permit Defendant's new counsel additional time to review the case for grounds for possible sentence departure and other motions. The interests of justice will be advanced by continuing the sentencing in this matter so that all possible legal issues are considered and ruled upon by the Court.

IT IS SO STIPULATED:


DATED: Honolulu, Hawaii, March 10, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
ROY ROOSEVELT RYDER, JR.


_____
BEVERLY WEE SAMESHIMA
Attorney for Plaintiff
UNITED STATES OF AMERICA



IT IS SO APPROVED AND ORDERED:

MAR 2 1 2006

DATED: Honolulu, Hawaii, _____.

_____
THE HONORABLE DAVID ALAN EZRA
United States District Judge
District of Hawaii


UNITED STATES v. ROY ROOSEVELT RYDER JR., CR. NO. 03-00486 DAE (02)
STIPULATION AND ORDER CONTINUING SENTENCING DATE