ORIGINAL

RUSTAM A. BARBEE  #5655
Attorney at Law
1188 Bishop Street, Suite 2606
Honolulu, Hawaii 96813
Telephone: (808) 524-4406
Facsimile: (808) 524-4306
E-mail:    Rustam@Honoluluattorney.com

Attorney for Defendant
ROY ROOSEVELT RYDER, JR.

LODGED  JUL 1 9 2006  1:20pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 2 1 2006
at 9 o'clock and 00 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROY ROOSEVELT RYDER, JR.,<br><br>Defendant. | CR. NO. 03-00486 DAE 02<br><br>STIPULATION AND ORDER PERMITTING THE TEMPORARY RELEASE OF THE DEFENDANT FROM CUSTODY TO ATTEND A PRIVATE VIEWING AND VISITATION OF HIS MOTHER |

**STIPULATION AND ORDER PERMITTING THE TEMPORARY RELEASE OF THE DEFENDANT FROM CUSTODY TO ATTEND A PRIVATE VIEWING AND VISITATION OF HIS MOTHER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant, ROY ROOSEVELT RYDER, JR., be permitted to attend a private visitation and viewing of his deceased mother, Mrs. Sophia Ryder, and pay his last respects before her funeral and internment on July 27, 2006 at Hawaiian Memorial Park in Kaneohe. During the period of limited release, Mr.

Ryder shall be escorted to and from the private viewing by Deputy Marshals from the U.S. Marshals Service at a time, date and location to be determined by the U.S. Marshals Service. At the conclusion of the private visitation, the Defendant shall be returned to custody at FDC, Honolulu.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, July ___, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
ROY ROOSEVELT RYDER, JR.

_____
BEVERLY WEE SAMESHIMA
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, JUL 20 2006.

_____
THE HONORABLE
United States Magistrate Judge
District of Hawaii

UNITED STATES v. ROY ROOSEVELT RYDER JR., CR. NO. 03-00486 DAE (02)
STIPULATION AND ORDER ORDER PERMITTING THE TEMPORARY RELEASE OF THE DEFENDANT FROM CUSTODY TO ATTEND A PRIVATE VIEWING AND VISITATION OF HIS MOTHER