# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00486DAE |
| CASE NAME: | USA v. (02)Roy Roosevelt Ryder, Jr. |
| ATTYS FOR PLA: | Beverly Wee Sameshima |
| ATTYS FOR DEFT: | Rustam Barbee |
| USPO: | Anne Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/16/2006 | TIME: | 3:00pm-3:15pm |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the Indictment as to Defendant (02)Roy Roosevelt Ryder, Jr.

Defendant (02)Roy Roosevelt Ryder, Jr. present in custody.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (02)Roy Roosevelt Ryder, Jr.

SENTENCE:

Imprisonment: 75 MONTHS, as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently.

Supervised Release:   10 YEARS, as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently.

CONDITIONS:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $200.00. No fine.

JUDICIAL RECOMMENDATIONS: Sheridan, OR. Educational and Vocational training. 500 hour drug treatment program. Mental health treatment.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager