# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 03-00486DAE

CASE NAME:       USA v. (02)Roy Roosevelt Ryder, Jr.

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:   David Alan Ezra           REPORTER:

DATE:    10/19/2006                TIME:

COURT ACTION:  EO: Sentencing to Counts 1 and 2 of the Indictment as to Defendant (02)Roy Roosevelt Ryder, Jr.

AMENDED SENTENCE:

Imprisonment: 240 MONTHS, as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently.

Supervised Release:  10 YEARS, as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently.

Submitted by:  Theresa Lam, Courtroom Manager