
Dbtf!2;14.ds.11597.EBF!!!!!Epdvnfou79!!!!!!Gjmfe!220190B117!!!!!Qbhf!3!pg7

| AO 245B | (Rev. 6/05) Judgment in a Criminal Case |
| | Sheet 2 - Imprisonment |

CASE NUMBER:   1:03CR00486-002  DAE
DEFENDANT:     ROY ROOSEVELT RYDER, JR.

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>240 MONTHS</u>

This term consists of TWO-HUNDRED FORTY(240) MONTHS, as to each of Counts 1 and 2 of the Indictment, with all such terms to run concurrently

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2007

at 2 o'clock and 50 min P M
SUE BEITIA, CLERK

[✓]   The court makes the following recommendations to the Bureau of Prisons:
      Sheridan, OR. Educational and Vocational training. 500 hour drug treatment program. Mental health treatment.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at __ n __
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on __
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 4-11-07 to FCI, Sheridan
at Sheridan, Oregon, with a certified copy of this judgment.

Charles A. Daniels, Warden
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal